IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHUANGFEN LUI and GUANGAI XIONG,

    Plaintiffs,

  v.

KONGFENG NI, FUGU EASTERN CUISINE, INC. and NI'S AMERICAN GOLDFINCH ASIAN CUISINE GROUP, INC.,

    Defendants.

Case No. 17-cv-399-wmc

## DEFAULT JUDGMENT

The Defendants, Kongfeng Ni, Fugu Eastern Cuisine, Inc. and Ni's American Goldfinch Asian Cuisine Group, Inc., having failed to appear, plead or otherwise defend in this action, and default having been entered on July 5, 2017, and counsel for Plaintiffs having requested judgment against the defaulted Defendants and having filed a proper motion and Affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered as follows:

1) Plaintiff Shuangfen Liu is awarded $8,544.14 in damages against defendants Kongfeng Ni, Fugu Eastern Cuisine, Inc. and Ni's American Goldfinch Asian Cuisine Group, Inc. and $8,544.14 in punitive damages against defendant Kongfeng Ni.

2) Plaintiff Guangai Xiong is awarded $8,544.14 in damages against defendants Kongfeng Ni, Fugu Eastern Cuisine, Inc. and Ni's American Goldfinch Asian

Cuisine Group, Inc. and $8,544.14 in punitive damages against defendant Kongfeng Ni.

3) Plaintiffs are awarded a total amount in fees and costs of $12,695.00 pursuant to 29 U.S.C. § 216(b).

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this 5th day of September, 2017.

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer
Clerk of Court